UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

BRYAN A. LAMEY,                                                                   No. 14-13729 ta7

      Debtor.

ROBERT I. MAESE, SR. and
ROBERT MAESE, JR.,

      Plaintiffs,

v.                                                                                            Adv. No. 15-1030

BRYAN A. LAMEY,

      Defendant.

## ORDER VACATING AND RESETTING TRIAL

This matter came before the Court on March 4, 2019, at 4:15 p.m. for a hearing on Defendant's Motion to Continue Trial, filed February 28, 2019, doc. 177 (the "Motion"). Michael Danoff and Brett Danoff appeared for the Plaintiff; Defendant Bryan Lamey appeared pro se. On March 6, 2019, Leslie Maxwell entered her appearance in the proceeding as counsel for Defendant. Being sufficiently advised, IT IS HEREBY ORDERED:

      1.      <u>Current Trial Setting Vacated</u>. The current trial setting of March 18 and 19, 2019, is hereby vacated.

      2.      <u>New Trial Date and Time</u>. The Court will preside over a trial on the merits on June 24 and 25, 2019, starting at 9:00 a.m., in the Brazos Courtroom, 5th Floor, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico. Two days have been set aside for the trial.

3. <u>Exhibits</u>. No later than June 14, 2019, the parties shall file and serve a list of exhibits, and shall exchange exhibits. Parties shall provide three copies of the exhibits to Chambers before the trial. Plaintiffs' exhibits are to be marked with numbers, and Defendant's exhibits with letters. Each page of any multiple-page exhibit shall be numbered. Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit. If a party intends to offer more than five exhibits, then the exhibits shall be tabbed and bound by three-ring binders or some similar binding. Any counsel requiring authentication of an exhibit must so notify in writing the offering counsel within seven days before the trial date. The Court generally will exclude exhibits not exchanged as required, other than rebuttal exhibits. The parties shall be prepared to notify the Court at the beginning of the trial which exhibits can be admitted into evidence by stipulation.

4. <u>Witnesses</u>. No later than June 14, 2019, the parties shall file and serve witness lists of persons the party expects to call to testify at the trial. The Court may exclude from testifying any witnesses not listed, other than rebuttal witnesses.

5. <u>Discovery</u>. Discovery is completed.

6. <u>Disposal of Exhibits</u>. Unless an appeal is pending, 30 days after the Court enters a final judgment the Court will dispose of all trial exhibits in its possession that have not been retrieved by the submitting party.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: March 12, 2019
Copies to: counsel of record